1  ERIC GRANT
   United States Attorney
2  MATHEW W. PILE, WSBN 32245
   Head of Program Litigation 1
3  Law & Policy
   Social Security Administration
4  ERIN A. JURRENS, MO 61402
5  Special Assistant United States Attorney
   Program Litigation 1
6  Law & Policy
   Social Security Administration
7  6401 Security Boulevard
8  Baltimore, MD 21235-6401
   Telephone: (877) 833-2445
9  E-Mail: Erin.Jurrens@ssa.gov
10 Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISSIE LYNN BREWER,<br><br>　　　Plaintiff,<br><br>　v.<br><br>Commissioner of Social Security,<br><br>　　　Defendant. | CIVIL NO. 1:25-cv-00625-JLT-HBK<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; [~~PROPOSED~~] ORDER** |

　　　IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

　　　Upon remand, the Appeals Council will remand the case to an Administrative Law Judge (ALJ) for a new decision, and instruct the ALJ to re-evaluate the evidence of record. The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

STIPULATION TO REMAND

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated:  December 15, 2025      /s/ Francesco Benavides*
                               FRANCESCO BENAVIDES
                               Attorney for Plaintiff
                               *Authorized via e-mail on December 15, 2025

                        By:    /s/ Erin Jurrens
                               ERIN JURRENS
                               Special Assistant U.S. Attorney

                               Attorneys for Defendant

## [~~PROPOSED~~] ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

IT IS SO ORDERED.

Dated:  **December 15, 2025**                    _Jennifer L. Thurston_
                                                 UNITED STATES DISTRICT JUDGE